CRIMINAL COMPLAINT

| United States District Court | FILED RECEIVED | DISTRICT of ARIZONA |
|---|---|---|
| United States of America v. **ANTONIO MONTOYA-ESPARZA** DOB: xx/xx/1977; Mexican Citizen | MAY 29 2009 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY DEPUTY | DOCKET NO. LODGED COPY MAGISTRATE'S CASE NO. **0 9 - 0 9 3 2 9 M** |

Complaint for violation of Title 18     United States Code § 922(g)(5)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 22, 2009, at or near Tucson, in the District of Arizona, **Antonio MONTOYA-Esparza**, an alien who is illegally or unlawfully in the United States, did knowingly possess a firearm, that is a Lorcin model L-380 .380 caliber pistol bearing serial number 172699, said firearm having affected commerce in that it previously was transported into the state of Arizona from another state or foreign country; all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about May 22, 2009, a Tucson Police Officer was at the Motel 6 located at 1031 E. Benson Highway in Tucson, Arizona checking for a vehicle involved in a fraud incident earlier that day. The officer observed two individuals, later identified as **Antonio MONTOYA-Esparza** and Maria IBARRA, in the cab of a truck and approached the individuals to ask about the vehicle involved in the fraud incident. As the Officer approached the vehicle, he saw **MONTOYA-Esparza** throw an object over his right shoulder that made a lot of noise, indicating that the object was heavy. Additional officers checked a brush pile in the area where **MONTOYA Esparza** was seen to have thrown the object, and found a silver colored Lorcin model L-380 .380 caliber pistol bearing serial number 172699, freshly deposited in the brush pile due to its un-weathered condition. **MONTOYA-Esparza** was read and waived his Miranda rights, and stated that he found the gun in the hotel room where he was staying and when he saw the Officer, he got nervous and threw it into the desert. **MONTOYA-Esparza** is in the United States illegally and has previously been deported. The firearm in **MONTOYA-Esparza's** possession traveled in interstate commerce in that it was previously transported into the state of Arizona from another state or foreign country.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| WARRANT AND DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. AUSA Angela W. Woolridge | |
| | OFFICIAL TITLE **ATF Agent** |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE [1] | DATE May 29, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 5